SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No.**2:10-cv-01414-WBS-EFB** |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER RE: |
| | ) EXTENSION OF TIME UNTIL |
| vs. | ) SEPTEMBER 15, 2010 FOR |
| | ) DEFENDANT HILLSDALE INVESTORS, |
| Hillsdale Investors, LTD., | ) LTD. TO RESPOND TO COMPLAINT |
| | ) |
| Defendants | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

 Pursuant to Local Rule 6-144 (a), Plaintiff Scott N.

Johnson and Defendant, Hillsdale Investors, LTD., by and

through their respective attorneys of record, Scott N.

Johnson; Kelley S. Kern, stipulate as follows:


        1. No extension of time has been previously

            obtained.

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

2. Defendant Hillsdale Investors, LTD. is granted
   an extension until September 15, 2010 to
   respond or otherwise plead reference to
   Plaintiff's complaint.

3. Defendant Hillsdale Investors, LTD.s' response
   will be due no later than September 15, 2010.

IT IS SO STIPULATED effective as of August 19, 2010

Dated:  August 20, 2010              /s/Kelley S. Kern____ ___

                                     Kelley S. Kern,

                                     Attorney for Defendant

                                     Hillsdale Investors,

                                     LTD.

Dated:  August 19, 2010              /s/Scott N. Johnson _____

                                     Scott N. Johnson,

                                     Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Hillsdale Investors, LTD.

shall have until September 15, 2010 to respond to

complaint.

Dated: August 24, 2010

                                     WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28