```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>  vs.<br><br>Hillsdale Investors, LTD.,<br><br>    Defendant | Case No. **2:10-cv-01414-WBS-EFB**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME UNTIL SEPTEMBER 30, 2010 FOR DEFENDANT HILLSDALE INVESTORS, LTD. TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Hillsdale Investors, LTC., by and through their respective attorneys of record, Scott N. Johnson; Kelley S. Kern, stipulate as follows:

1. An extension of time has been previously obtained for Defendant Hillsdale Investors,

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

LTD. until September 15, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Hillsdale Investors, LTD. is granted an extension until September 30, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Hillsdale Investors, LTD. response will be due no later than September 30, 2010.

IT IS SO STIPULATED effective as of September 21, 2010

Dated:   September 22, 2010          /s/Kelley S. Kern___  ___
                                     Kelley S. Kern,
                                     Attorney for Defendant
                                     Hillsdale Investors,
                                     LTD.


Dated:   September 21, 2010          /s/Scott N. Johnson ____
                                     Scott N. Johnson,
                                     Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Hillsdale Investors, LTD. shall have until September 30, 2010 to respond to complaint.

Dated: September 23, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE